IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JORDACHE STEPTER,

        Petitioner,                  No. CIV S-07-1775 LEW GGH P

    vs.

SGT. CHILDS, et al.,

        Respondents.               <u>ORDER</u>

                                /

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

        Petitioner does not challenge the validity of his conviction or confinement. Rather, plaintiff alleges that he has been sexually harassed by defendants at the Sierra Conservation Center. Accordingly, the court construes this action as a civil rights action pursuant to 42 U.S.C. § 1983.

        The alleged violations took place in Tuolumne County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 3-120(d).

/////

1

1    Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in
2 the proper division of a court may, on the court's own motion, be transferred to the proper
3 division of the court. Therefore, this action will be transferred to the Fresno Division of the
4 court. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's
5 request to proceed in forma pauperis.
6    Good cause appearing, IT IS HEREBY ORDERED that:
7    1. This action is construed as a civil rights action pursuant to 42 U.S.C. § 1983;
8    2. The court has not ruled on plaintiff's request to proceed in forma pauperis;
9    3  This action is transferred to the United States District Court for the Eastern
10 District of California sitting in Fresno; and
11    4. All future filings shall reference the new Fresno case number assigned and
12 shall be filed at:

      United States District Court
      Eastern District of California
      2500 Tulare Street
      Fresno, CA 93721

DATED: 10/18/07

                                          /s/ Gregory G. Hollows
                                          UNITED STATES MAGISTRATE JUDGE

step1775.tra