# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDACHE STEPTER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SGT. CHILDS, et al.,<br><br>　　　　　　Defendants. | CASE NO. 1:07-cv-01528-OWW-GSA PC<br><br>ORDER ADOPTING FINDING AND RECOMMENDATION, AND DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED UNDER SECTION 1983<br><br>(Docs. 1 and 15) |

　　　　Plaintiff Jordache Stepter ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　　On April 29, 2008, the Magistrate Judge filed a Finding and Recommendation herein which was served on Plaintiff and which contained notice to Plaintiff that any Objection was to be filed within thirty days. More than thirty days have passed and Plaintiff has not filed an Objection.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Finding and Recommendation to be supported by the record and by proper analysis.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　The Finding and Recommendation, filed April 29, 2008, is adopted in full; and

///

///

///

1

2.  This action is dismissed, with prejudice, for failure to state a claim upon which relief may be granted under section 1983.

IT IS SO ORDERED.

**Dated:   June 12, 2008**                               /s/ Oliver W. Wanger
                                                        UNITED STATES DISTRICT JUDGE